607 F.2d 329
 Nancy YAMASAKI[1] et al., Plaintiffs-Appellees,
v.
Patricia HARRIS, Secretary of Health, Education and Welfare,
et al., Defendants-Appellants.
Fannie BUFFINGTON et al., Plaintiffs-Appellees,
v.
Patricia HARRIS, Secretary of Health, Education and Welfare,
et al., Defendants-Appellants.
 Nos. 74-1611, 74-3118.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 18, 1979.
 
 1
 Robert S. Greenspan (argued), Dept. of Justice, Washington, D. C., for defendants-appellants.
 
 
 2
 Jeff Spence (argued), Legas Services Center, Seattle, Wash., for plaintiffs-appellees.
 
 
 3
 Before BROWNING and TRASK, Circuit Judges, and SPENCER WILLIAMS[2], District Judge.
 
 
 4
 On June 20, 1979 the United States Supreme Court issued its opinion in Califano v. Yamasaki, --- U.S. ----, 99 S.Ct. 2545, 61 L.Ed.2d 176, affirming in part and reversing in part the decision of this court.
 
 
 5
 IT IS HEREBY ORDERED that these cases be remanded to the district courts for the entry of judgment not inconsistent with the Supreme Court's opinion.
 
 
 
 [1]
 Formerly Evelyn Elliott
 
 
 [2]
 Honorable Spencer Williams, United States District Judge for the Northern District of California, sitting by designation